FILE COPY

No. 07-14-00433-CR

Ex parte Thomas Michael Dixon §    From the 140th District Court

     Of Lubbock County

§

March 6, 2015

§

Opinion Per Curiam

§

**J U D G M E N T**

Pursuant to the opinion of the Court dated March 6, 2015, it is ordered, adjudged and decreed that the order of the trial court be affirmed.

It is further ordered that appellant pay all costs in this behalf expended for which let execution issue.

It is further ordered that this decision be certified below for observance.

o O o